**Dismiss and Opinion Filed October 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00723-CV**

**MICHAEL TROWBRIDGE, Appellant**
**V.**
**HP TEXAS I LLC, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CI 1-22-0031**

## MEMORANDUM OPINION

Before Justices Myers, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

After appellant failed to timely file his brief, we directed appellant by postcard dated August 30, 2022 to file his brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).

220723f.p05

/Bill Pedersen, III/

BILL PEDERSEN, III
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL TROWBRIDGE,
Appellant

No. 05-22-00723-CV     V.

HP TEXAS I LLC, Appellee

On Appeal from the County Court at
Law No. 1, Rockwall County, Texas
Trial Court Cause No. CI 1-22-0031.
Opinion delivered by Justice
Pedersen, III. Justices Myers and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 6th day of October, 2022.